UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 09-851 (DRD) |
| v. : | |
| : | ORDER PERMITTING RETURN |
| : | OF DEFENDANT'S PASSPORT |
| BERT KEARS, III : | |
| Defendant. : | |

AND NOW, this 26th day of May, 2010, upon the application of the defendant, Bert Kears, III, for an order permitting the return of his passport, and with the consent of the government, as per Charlton Rugg, Assistant United States Attorney, it is hereby ORDERED that this application be GRANTED. It is further ORDERED that this passport be returned to him by Pre-Trial Services.

Dickinson R. Debevoise
Senior United States District Judge